UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

WP COMPANY LLC
d/b/a THE WASHINGTON POST,

      Plaintiff,

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

      Defendants.

Civil Action No. 26-1111 (SLS)

## STATUS REPORT

Defendants, the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), and U.S. Customs and Border Protection ("CBP") (collectively "Defendants" and, together with the Post, the "Parties") by and through undersigned counsel, respectfully submit the following status report in this Freedom of Information Act, 5 U.S.C. § 552, ("FOIA") action.

1. On April 1, 2026, the Post filed its complaint pursuant to the Freedom of Information Act ("FOIA"). ECF No. 1.

2. On May 28, 2026, Defendants filed their answer. ECF No. 9.

3. On June 30, 2026, the Court issued a Minute Order stating that Defendants' report in the Parties' Joint Status Report (ECF No. 11) failed to report (1) the anticipated number of records responsive to the Plaintiff's FOIA request, and (2) the anticipated date (month and year) for the release of the documents requested by the Plaintiff. The Court orderd the Defendants to file

a notice by July 6, 2026, either providing answers to those questions or providing a date when that information will be available.

4. Today, Defendants report:

  a. ICE

    i. With respect to Plaintiff's sixth FOIA request, which was assigned case number 2026-ICFO-18410, ICE will process and produce ICE Significant Incident Reports ("SIRs") for Calendar Year ("CY") 2025 by July 31, 2026.  The CY 2025 SIRs consist of approximately 9,212 lines of data in excel.

    ii. ICE is still collecting records potentially responsive to Plaintiff's first and fourth FOIA requests, as well as SIRs from January 1, 2026 through the date of the search, and expects to have an estimated page count  by July 31, 2026.

  b. CBP

    i. With respect to Plaintiff's second FOIA request for CBP to provide Standard Form 95s (SF-95) and related documents filed under the Federal Tort Claims Act (FTCA) for claims of $5,000.00 or more, the date range for this request is January 1, 2025 until the date the request is processed.  As indicated in the Joint Status Report (JSR) filed with the Court on June 29, 2026 CBP's search for records responsive to this FOIA request is ongoing and not yet complete.  CBP's position is that it will need until August 14, 2026 to provide the court with the following information: (1) the

anticipated number of records responsive to the Plaintiff's FOIA request and (2) the anticipated date (month and year) for the release of the documents requested by the Plaintiff.

ii. With respect to Plaintiff's third FOIA request for CBP to provide Enforcement Action Statistical Analysis and Reporting System (E-STAR) incident reports and firearm discharge reports from January 1, 2025 until the date the request is processed, the initial search produced approximately 19,695 pages of potentially responsive E-STAR reports from January 1, 2025 to April 1, 2026.  Processing is ongoing and the expected first production is August 14, 2026.  The production rate is expected to be 300-400 pages per month.

c. DHS

i. With respect to Plaintiff's fifth FOIA request for DHS to provide Standard Form 95s (SF-95) and related documents filed under the Federal Tort Claims Act (FTCA) for claims of $5,000.00 or more, DHS ran the initial search and it returned 2.8 gigabytes of information.  DHS cannot estimate when it will be able to start releasing records at this time.  Because of the volume of records returned by the search, DHS expects to work with Plaintiff to narrow the scope of the search.

* * * *

Dated: July 6, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____*/s/ Sian Jones*_____
     SIAN JONES, D.C. Bar #1024062
     Assistant United States Attorney
     601 D Street, NW
     Washington, D.C., 20530
     (202) 252-2578

*Attorneys for the United States of America*