UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| WP COMPANY LLC<br>d/b/a THE WASHINGTON POST,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 26-1111 (SLS) |

**DEFENDANTS' STATUS REPORT**

In accordance with the Court's September 28, 2026 Minute Order, Defendants the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and U.S. Customs and Border Protection ("CBP"; collectively, "Defendants"), by and through undersigned counsel, respectfully submit the following status report in this Freedom of Information Act, 5 U.S.C. § 552, ("FOIA") action.

1. On September 25, 2026, ICE and CBP provided updates about five of the six FOIA requests at issue in this matter. As to the remaining request (referred to as Request 5 in the last status report), DHS was still processing the outstanding 30GB of data from a subsequent search and could not provide a definite estimated page count. Pursuant to the Court's Minute Order of September 28, 2026, DHS provides the requested information as follows.

2. **Request 5 (DHS, 2026-HQFO-01857, SF-95s):**

   a. Remaining Pages: 18,391 pages from initial search. With respect to the 30GB dataset from the subsequent search referenced above, there are

946,332 raw pages prior to deduplication for that dataset. DHS anticipates completing the initial, machine

b. Monthly Productions: 500 pages

Dated: October 5, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ Benjamin W. Owen*
BENJAMIN W. OWEN
Assistant United States Attorney
601 D Street, NW
Washington, D.C., 20530
202-252-0899
Benjamin.Owen@usdoj.gov

*Attorneys for the United States of America*